

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-6-2013

# USA v. Albert Savani

Precedential or Non-Precedential: Precedential

Docket No. 11-4359

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"USA v. Albert Savani" (2013). *2013 Decisions*. Paper 769.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/769

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
_____

Nos. 11-4359/11-4494/12-1034
_____

UNITED STATES OF AMERICA
v.
ALBERT SAVANI, aka Pops,
Appellant in No. 11-4359

UNITED STATES OF AMERICA
v.
SEAN HERBERT, a/k/a Bounty SEAN HERBERT,
Appellant in No. 11-4494

UNITED STATES OF AMERICA
v.
RICHARD ROE,
Appellant in No. 12-1034
_____

On Appeal from the United States District Court
for the Middle District and the Eastern District
of Pennsylvania
(D. C. Nos. 3-07-cr-00393-001; 3-06-cr-00283-001;
2-07-cr-00283-001)
District Judges: Honorable Michael M. Baylson,
Honorable Thomas I. Vanaskie and Honorable James M. Munley

**ORDER**

At the direction of the Court, it is hereby ORDERED that the opinion and judgment entered April 24, 2013 is hereby VACATED and a revised opinion and judgment shall be entered.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: May 6, 2013
Pdb/cc: All Counsel of Record